UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT WEEKES, *individually and on behalf of all others similarly situated*,

                      Plaintiff,

      -v-

RETAILERX, INC.,

                      Defendant.
------------------------------------------------------------------X

22-CV-1285 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's February 16, 2022 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on March 22, 2022. ECF No. 7. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **April 18, 2022**.

      SO ORDERED.

Dated: April 11, 2022
       New York, New York

                                              JESSE M. FURMAN
                                       United States District Judge